■ PETER T. GOODMAN, Respondent, v FRANCES JEMISON, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *Jemison v Goodman* (49 AD2d 1011). (Appeal from judgment of Erie Supreme Court in automobile negligence action.) Present Marsh, P.J., Moule, Mahoney, Goldman and Witmer, JJ.

■ In the Matter of O'CONNOR CHEVROLET, INC., Respondent, v RETAIL STORE EMPLOYEES UNION, LOCAL 345 AFL-CIO, et al., Appellants.—Order unanimously affirmed, without costs, upon the opinion at Monroe Special Term, Kennedy, J. (Appeal from order of Monroe Special Term staying arbitration.) Present—Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.